NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., | Civil Docket No. 10-2464 (FSH) |
| Plaintiff, | |
| v. | **ORDER** |
| VIR CORPORATION, ET AL., | |
| | February 22, 2011 |
| Defendants. | |

**HOCHBERG, District Judge:**

This matter having come before the Court upon the Report & Recommendation issued by Magistrate Judge Patty Shwartz on February 7, 2011;[1] and

it appearing that defense counsel served copies of the Report & Recommendation on Defendants, as directed by Judge Shwartz; and

it appearing that the Report & Recommendation is unopposed;

**IT IS** on this 22nd day of February, 2011, hereby

**ORDERED** that Defendants' Answer (Dkt. No. 7) is stricken from the record; and it is further

**ORDERED** that the Clerk of the Court is directed to enter default against all Defendants; and it is further

---

[1] The Report & Recommendation noted that Defendants failed to appear at the February 7, 2011 hearing and did not submit any response to defense counsel's motion to withdraw. On that basis, and for the reasons stated on the record at the February 7, 2011 hearing, Judge Shwartz granted the motion to withdraw and recommended the relief outlined in this order.

      **ORDERED** that Plaintiff file a motion for default judgment no later than March 9, 2011.

      The Clerk of the Court is directed to enter default against all Defendants and to terminate the motion: Dkt. No. 26.

                                               /s/ Faith S. Hochberg  
                                               **Hon. Faith S. Hochberg, U.S.D.J.**